UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Selena Bope v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10305-DRH-PMF |
| *Kerri Bumgardner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11634-DRH-PMF |
| *Tatiana Clare v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11681-DRH-PMF |
| *Stephanie Kessler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12972-DRH-PMF |
| *Caitlyn Klein v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10808-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 6, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
          **Deputy Clerk**

Dated:  August 7, 2013

Digitally signed by David R. Herndon
Date: 2013.08.07 16:08:08 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT